■ In the Matter of CURTIS WHITE, Petitioner, v J. CIOFFI et al., Respondents.—Application for an order, pursuant to CPLR article 78, unanimously denied, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Fein, J. P., Sandler, Sullivan, Bloom and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP GARCIA, Appellant.—Appeal from judgment, Supreme Court, New York County, rendered on May 5, 1978, held in abeyance. Assigned counsel relieved without compensation, and alternate counsel assigned as indicated in the order of this court. No opinion. Concur—Kupferman, J. P., Sandler, Sullivan, Bloom and Markewich, JJ.

■ In the Matter of BRUNILDA ESPINOSA, Petitioner, v BARBARA B. BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Determination of the respondent State commissioner dated March 16, 1979, unanimously modified, on the consent of the State commissioner, to remand for recalculation of the reduction and the determination is otherwise confirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sandler, Sullivan, Bloom and Silverman, JJ.

■ In the Matter of PETER G. MANNING, Petitioner, v NORMAN B. FITZER et al., Respondents.—Application for an order, pursuant to CPLR article 78, unanimously denied, and the petition dismissed as frivolous, without costs and without disbursements. No opinion. Concur—Bloom, J. P., Markewich, Silverman and Ross, JJ.

■ In the Matter of HARRY G. GORDON, Petitioner. COMMITTEE ON CHARACTER AND FITNESS FOR THE FIRST JUDICIAL DEPARTMENT, Respondent. —On remittitur from the Court of Appeals petitioner's application for admission to practice in this State is granted only to the extent of referring the matter to the Committee on Character and Fitness for the First Judicial Department for a report as to whether petitioner possesses the character and fitness to practice law and, pending receipt of such report, determination of petitioner's application is held in abeyance. Concur—Fein, J. P., Sullivan, Lupiano and Bloom, JJ.

■ In the Matter of HAROLD C. HERMAN, an Attorney.—Respondent's motion granted and respondent reinstated as an attorney and counselor at law in the State of New York. Concur—Fein, J. P., Sandler, Sullivan, Lane and Markewich, JJ.